**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re:  **BIRDIE GLENN BREWER,** | : | Case No. 12-56380 |
|   **WINTER MICHELLE BREWER,** | : | Chapter 13 |
|   Debtors. | : | Judge Charles M. Caldwell |

### NOTICE OF CHANGE OF ADDRESS OF DEBTORS

Now come Debtors BIRDIE GLENN BREWER and WINTER MICHELLE BREWER by and through the undersigned counsel, and respectfully provide this Honorable Court with notice of a change of address for the Debtors:

BIRDIE GLENN BREWER
WINTER MICHELLE BREWER
4436 Catermaran Dr.
Columbus, Ohio 43207

Respectfully submitted,

Dated: 29 January 2015

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtors
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com